NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DOUGLAS H. KEEVIS,                         )
a/k/a DOUGLAS HENRY KEEVIS,                )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D17-3824
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
_____)

Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; Donald H. Mason, Judge.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.